

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:     RSM Production Corp. and Jack Grynberg v. Global Petroleum Group, Ltd., Tricon Geophysics, Inc., Seabird Exploration, Americas, Inc., and Blackwater Subsea, LLC

Appellate case number:     01-15-00866-CV

Trial court case number:     2013-74337

Trial court:     189th District Court of Harris County

On October 9, 2015, appellants, RSM Production Corp. and Jack Grynberg, timely filed a notice of appeal from the trial court's interlocutory order, signed on September 22, 2015, sustaining appellee Global Petroleum Group, Ltd.'s Special Appearance, making this an accelerated appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7) (West Supp. 2015); TEX. R. APP. P. 26.1(b), 28.1(a). On November 20, 2015, the Clerk of this Court notified the parties that the clerk's record was filed in this Court, and "[i]f the clerk's record is incomplete, *appellant* or any other party *should seek to supplement the record.*" (emphasis added). On November 25, 2015, the Clerk of this Court granted appellants' first extension request to file their brief until January 11, 2016, but warned counsel that no further extensions would be granted absent exceptional circumstances.

On January 5, 2016, appellants filed this unopposed motion to postpone the briefing schedule until 10 days after a corrected clerk's record is filed. Appellants' counsel stated that he checked out the clerk's record only the week before filing the motion,[1] discovered that the record was missing some documents, and stated that he will contact the trial clerk to obtain a corrected clerk's record "as soon as possible."

Accordingly, although this motion is unopposed, it is construed as an indefinite extension and **denied in part** because appellants failed to mention they previously were granted one extension, have not requested a specific deadline, and waited more than a

---

[1]     According to the docket, on December 28, 2015, appellants' counsel filed a letter with the Clerk of this Court requesting to check out a copy of the clerk's record via overnight delivery, and the Clerk of this Court sent the record to appellants on December 30, 2015.

month to request to review the clerk's record after being notified on November 20, 2015. *See* TEX. R. APP. P. 10.5(b)(1)(B)-(D). Furthermore, appellants were warned that, absent exceptional circumstances, which appellants do not allege here, no further extensions would be granted in this accelerated appeal. To the extent appellants request that additional documents be added to the record, they should make their request with the trial clerk to promptly file a supplemental clerk's record in this Court. *See* TEX. R. APP. P. 34.5(c)(1), (3). Finally, to the extent that appellants want to refer to additional documents outside the clerk's record to support their brief, they can attach uncertified documents to the appendix to their brief, which will be **due 10 days from the date of this Order**, and note when they have requested a supplemental clerk's record from the trial clerk. *See* TEX. R. APP. P. 38.1(k)(2) ("The appendix may contain any other item pertinent to the issues or points presented for review. . . .").

It is so ORDERED.

Judge's signature:   /s/ Evelyn V. Keyes
                        ☑ Acting individually    ☐ Acting for the Court

Date: January 12, 2016